IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSHUA KALKBRENNER, <br> on behalf of Plaintiff and the class <br> members described herein, <br> <br> Plaintiff, <br> <br> vs. <br> <br> HUMMINGBIRD FUNDS, LLC, <br> doing business as BLUE TRUST LOANS; <br> LAC COURTE OREILLES <br> FINANCIAL SERVICES II, LLC; <br> DAVID JOHNSON; <br> KIRK MICHAEL CHEWNING; <br> CANE BAY PARTNERS VI, LLLP; <br> DIMENSION CREDIT (CAYMAN), L.P.; <br> STRATEGIC LINK CONSULTING, LP; <br> ESOTERIC VENTURES, LLC; <br> INFOTEL INTERNATIONAL LTD.; <br> M. MARK HIGH, LTD.; <br> KIM ANDERSON; <br> JAY CLARK; <br> and DOES 1-20, <br> <br> Defendants. | Case No.: 1:23−cv−14232 <br> <br> Chief Judge Rebecca R. Pallmeyer |

### NOTICE OF DISMISSAL AS TO DEFENDANT KIM ANDERSON ONLY

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Joshua Kalkbrenner ("Plaintiff") voluntarily dismisses without prejudice Defendant Kim Anderson from this action. Plaintiff does not dismiss any of the other defendants.

Respectfully submitted,

*/s/ Matthew J. Goldstein*
Matthew J. Goldstein

1

Daniel A. Edelman
Tara Goodwin
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
jclark@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com

## **CERTIFICATE OF SERVICE**

I, Matthew J. Goldstein, certify that on Thursday, November 16, 2023, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record. I further certify that I sent the forgoing document to the following:

>Ashley Vinson Crawford
>Akin Gump Strauss Hauer & Feld LLP
>avcrawford@akingump.com
>
>*Counsel for Cane Bay Partners VI, LLLP,*
>*David Johnson, Kirk Michael Chewning,*
>*Strategic Link Consulting, L.P.,*
>*Esoteric Ventures, LLC,*
>*Infotel International, Ltd.,*
>*M. Mark High, Ltd, and Jay Clark*
>
>
>Nicole M. Strickler
>Messer Strickler Burnette, Ltd.
>nstrickler@messerstrickler.com
>
>*Counsel for Kim Anderson*

>>*/s/ Matthew J. Goldstein*
>>Matthew J. Goldstein


Daniel A. Edelman
Tara Goodwin
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER**
   **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com

jclark@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com