**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOSHUA KALKBRENNER, ) <br> on behalf of Plaintiff and the class ) <br> members described herein, ) <br>  ) <br> Plaintiff,  ) <br>  ) <br> vs.   ) <br>  ) <br> HUMMINGBIRD FUNDS, LLC, ) <br> doing business as BLUE TRUST LOANS; ) <br> LAC COURTE OREILLES ) <br> FINANCIAL SERVICES II, LLC; ) <br> DAVID JOHNSON; ) <br> KIRK MICHAEL CHEWNING; ) <br> CANE BAY PARTNERS VI, LLLP; ) <br> DIMENSION CREDIT (CAYMAN), L.P.; ) <br> STRATEGIC LINK CONSULTING, LP; ) <br> ESOTERIC VENTURES, LLC; ) <br> INFOTEL INTERNATIONAL LTD.; ) <br> M. MARK HIGH, LTD.; ) <br> KIM ANDERSON; ) <br> JAY CLARK; ) <br> and DOES 1-20, ) <br>  ) <br> Defendants.  ) | Case No.: 1:23−cv−14232 <br><br> Chief Judge Rebecca R. Pallmeyer |

**NOTICE OF SETTLEMENT & REQUEST TO STAY DEADLINES**

Plaintiff Joshua Kalkbrenner ("Plaintiff") submits this notice to inform the Court that the parties have settled this matter in principle and expect to file dismissal papers within the next forty-five days. Plaintiff respectfully requests that all deadlines be stayed while the parties negotiate a written settlement agreement.

Respectfully submitted,

*/s/ Matthew J. Goldstein*
Matthew J. Goldstein

1

Daniel A. Edelman
Tara Goodwin
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com

## **CERTIFICATE OF SERVICE**

I, Matthew J. Goldstein, certify that on Friday, January 5, 2024, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to counsel of record.

*/s/ Matthew J. Goldstein*
Matthew J. Goldstein


Daniel A. Edelman
Tara Goodwin
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com