IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSHUA KALKBRENNER, <br> on behalf of Plaintiff and the class <br> members described herein, <br> <br> Plaintiff, <br> <br> vs. <br> <br> HUMMINGBIRD FUNDS, LLC, <br> doing business as BLUE TRUST LOANS; <br> LAC COURTE OREILLES <br> FINANCIAL SERVICES II, LLC; <br> DAVID JOHNSON; <br> KIRK MICHAEL CHEWNING; <br> CANE BAY PARTNERS VI, LLLP; <br> DIMENSION CREDIT (CAYMAN), L.P.; <br> STRATEGIC LINK CONSULTING, LP; <br> ESOTERIC VENTURES, LLC; <br> INFOTEL INTERNATIONAL LTD.; <br> M. MARK HIGH, LTD.; <br> KIM ANDERSON; <br> JAY CLARK; <br> and DOES 1-20, <br> <br> Defendants. | Case No.: 1:23−cv−14232 <br> <br> Chief Judge Rebecca R. Pallmeyer |

**NOTICE OF DISMISSAL**

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Joshua Kalkbrenner ("Plaintiff") dismisses his individual claims against Defendants Hummingbird Funds, LLC, Lac Courte Oreilles Financial Services II, LLC, David Johnson, Kirk Michael Chewning, Cane Bay Partners VI, LLLP, Dimension Credit (Cayman), L.P., Strategic Link Consulting, LP, Esoteric Ventures, LLC, Infotel International, Ltd., M. Mark High, Ltd., and Jay Clark with prejudice, with each party to bear their own costs and fees. As Plaintiff has already dismissed Kim Anderson from this action (ECF 15), this notice is intended to dispose of the case in its entirety.

1

Respectfully submitted,

*/s/ Matthew J. Goldstein*
Matthew J. Goldstein

Daniel A. Edelman
Tara Goodwin
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com

## CERTIFICATE OF SERVICE

I, Matthew J. Goldstein, certify that on Tuesday, January 16, 2024, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF online system, which sent notice via email to counsel of record.

*/s/ Matthew J. Goldstein*
Matthew J. Goldstein

Daniel A. Edelman
Tara Goodwin
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com